AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kelly, Jane | 8th Circuit | 05/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - active status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
111 7th Avenue SE, Box 20
Cedar Rapids, Iowa 52401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Jane** | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 2. U.S. Bank, cash accounts | A | Interest | O | T | | | | | |
| 3. shares in Cox-Kelly Farms (subchapter S corporation) | F | Dividend | O | W | | | | | |
| 4. Fidelity Core Account | A | Interest | J | T | | | | | |
| 5. Illinois SURS-traditional benefit plan | A | Interest | J | T | | | | | |
| 6. ACE Limited | A | Dividend | J | T | | | | | |
| 7. Accenture | A | Dividend | K | T | | | | | |
| 8. Allergan (formerly Actavis) | | None | K | T | | | | | |
| 9. Aetna US Healthcare | A | Dividend | K | T | | | | | |
| 10. Baxalta (X) (inadvertently omitted from 2014 report) | A | Dividend | K | T | | | | | |
| 11. Akamai Technologies | | None | J | T | | | | | |
| 12. Altera Corp. | A | Dividend | | | Sold | 12/29/15 | K | C | |
| 13. Amphenol Corp. | A | Dividend | J | T | | | | | |
| 14. Apple Inc | A | Dividend | K | T | | | | | |
| 15. Ashland Inc Sr Note | A | Interest | K | T | | | | | |
| 16. Baxter International | A | Dividend | | | Sold | 12/29/15 | J | A | |
| 17. Berkshire Hathaway | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Biomed Realty | A | Interest | K | T | | | | | |
| 19. Cerner Corp | | None | J | T | | | | | |
| 20. Chicago Bridge and Iron Co | A | Dividend | | | Sold | 05/19/15 | J | B | |
| 21. Colgate Palmolive | A | Dividend | | | Sold | 05/19/15 | J | C | |
| 22. | | | | | | | | | |
| 23. CSX Corp | A | Dividend | K | T | | | | | |
| 24. Diageo PLC (X) | A | Dividend | J | T | Buy | 02/02/15 | J | | |
| 25. | | | | | | | | | |
| 26. Dow Chemical | A | Dividend | K | T | | | | | |
| 27. Expedia Inc | A | Dividend | J | T | | | | | |
| 28. Express Scripts | | None | K | T | | | | | |
| 29. Exxon Mobil | A | Dividend | J | T | | | | | |
| 30. | | | | | | | | | |
| 31. FDIC Insured Deposit | A | Interest | K | T | | | | | |
| 32. First Republic Bank | A | Dividend | J | T | | | | | |
| 33. Flowserve Corp | A | Dividend | J | T | | | | | |
| 34. General Electric | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Goldman Sachs | A | Dividend | K | T | | | | | |
| 36. Google Inc. A | A | Dividend | J | T | | | | | |
| 37. Google Inc. C | A | Dividend | J | T | | | | | |
| 38. Graphic Packaging | A | Dividend | J | T | | | | | |
| 39. Iowa State Univ. Bond | A | Interest | K | T | | | | | |
| 40. Ishares MSCI | A | Dividend | J | T | | | | | |
| 41. Ishares Russell 2000 | A | Dividend | J | T | | | | | |
| 42. Ishares Russell 2000 Growth | A | Dividend | J | T | | | | | |
| 43. | | | | | | | | | |
| 44. Marriott International Note | A | Interest | K | T | | | | | |
| 45. Mastercard | A | Dividend | K | T | | | | | |
| 46. Nestle | A | Dividend | J | T | | | | | |
| 47. Nextera Energy | A | Dividend | K | T | | | | | |
| 48. Nike | A | Dividend | K | T | Sold (part) | 12/29/15 | J | C | |
| 49. Northern Trust | A | Dividend | J | T | | | | | |
| 50. | | | | | | | | | |
| 51. Pepsico | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | | | | | |
| 53. Polyone Corp | A | Dividend | | | Sold | 12/29/15 | J | A | |
| 54. Qualcomm | A | Dividend | | | Sold | 12/29/15 | J | A | |
| 55. Ross Stores | A | Dividend | J | T | | | | | |
| 56. Royal Dutch Shell | A | Dividend | | | Sold | 12/29/15 | J | A | |
| 57. Schlumberger Ltd | A | Dividend | J | T | | | | | |
| 58. Skyworks Solutions | A | Dividend | J | T | | | | | |
| 59. Spectrum Brands Holdings | A | Dividend | | | Sold | 12/29/15 | J | C | |
| 60. State Univ of Iowa Bond | A | Interest | K | T | | | | | |
| 61. Synnex Corp | A | Dividend | J | T | | | | | |
| 62. TJX Companies | A | Dividend | K | T | | | | | |
| 63. Toyota Motor Corp | A | Dividend | K | T | Sold (part) | 05/19/15 | K | A | |
| 64. Trip Advisor | | None | | | Sold | 05/19/15 | J | A | |
| 65. United Parcel Service | A | Dividend | | | Sold | 04/16/15 | K | A | |
| 66. United Tech Corp | | None | J | T | | | | | |
| 67. Univ of Iowa Bond | A | Interest | K | T | | | | | |
| 68. Vanguard CRSP -Grow | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard CRSP- Value | A | Dividend | K | T | | | | | |
| 70. Verizon Comm | A | Dividend | K | T | | | | | |
| 71. Westpac Bkg Corp | A | Dividend | | | Sold | 11/19/15 | J | A | |
| 72. Wyndham Worldwide | A | Dividend | J | T | | | | | |
| 73. XYLEM Inc | A | Dividend | | | Sold | 05/19/15 | J | A | |
| 74. Des Moines IA Bond | A | Interest | K | T | | | | | |
| 75. Higher Dimension Research | | None | J | W | | | | | |
| 76. Toyota Motor Corp | A | Dividend | J | T | Sold (part) | 12/29/15 | K | A | |
| 77. Cameron International Corp (X) | | None | K | T | Buy | 05/19/15 | J | | |
| 78. CVS Health Corp (X) | A | Dividend | J | T | Buy | 05/19/15 | J | | |
| 79. Edward Life Sciences Corp (X) | | None | J | T | Buy | 12/29/15 | J | | |
| 80. Lennar Corp (X) | | None | J | T | Buy | 12/29/15 | J | | |
| 81. Arrow Electronics (X) | | None | J | T | Buy | 12/29/15 | J | | |
| 82. Cedar Rapids, Iowa bond (X) | A | Interest | K | T | Buy | 06/30/15 | K | | |
| 83. Comcast Corporation (X) | A | Dividend | J | T | Buy | 05/19/15 | J | | |
| 84. Council Bluffs, Iowa bond (X) | A | Interest | K | T | Buy | 05/26/15 | K | | |
| 85. Council Bluffs, Iowa bond(X) | A | Interest | K | T | Buy (add'l) | 06/08/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Total Fina (X) | | None | J | T | Buy | 12/29/15 | J | | |
| 87. UBS Group AG (X) | | None | J | T | Buy | 12/29/15 | J | | |
| 88. | | | | | | | | | |
| 89. Novo NordiskA S ADR (X) | | None | J | T | Buy | 12/29/15 | J | | |
| 90. Gilead Sciences Inc (X) | A | Dividend | J | T | Buy | 04/17/15 | J | | |
| 91. National Oilwell Varco Inc (X) | A | Dividend | J | T | Buy | 09/11/15 | J | | |
| 92. NXP Semi Conductor NV (X) | | None | J | T | Buy | 12/29/15 | J | | |
| 93. The Growth Fund of America (X) (inherited 3/20/15) (America Funds IRA) | | None | J | T | | | | | |
| 94. The New Economy Fund (X) (inherited 3/20/15) (in America Funds IRA) | | None | J | T | | | | | |
| 95. The New Perspective Fund (X) (inherited 3/20/15) (in America Funds IRA | | None | J | T | | | | | |
| 96. The SmallCap World Fund (X) (inherited 3/20/15) (in America Funds IRA) | | None | J | T | | | | | |
| 97. Bank of the West cash account (X) (inadvertently omitted in 2014) | | None | K | T | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In part VII, I have reported the income received from my shares in Cox-Kelly Farms, a subchapter S corporation, and an estimated 'gross value' of my percentage of the value of the farm itself.

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/12/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jane Kelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544